# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

ESTEBAN T. SALAZAR,

Plaintiff,

vs.

TRUSTEE CORP.; and FEDERAL
DEPOSIT INSURANCE CORPORATION,

Defendants.

CASE NO. 08cv2142-IEG(NLS)

Order Dismissing Case for Failure to
Prosecute Pursuant to Civ. L.R.
41.1(a); Denying as Moot FDIC's
Motion to Dismiss [Doc. 15]

On August 24, 2009, the Court issued an order to show cause why this case should not be dismissed without prejudice for Plaintiff's failure to prosecute pursuant to Civil Local Rule 41.1(a).  Such order was served upon Plaintiff at his last known address as provided by the State Bar of California, and required a written response by September 8, 2009.

The Court, having received no response to the order to show cause, hereby orders this case DISMISSED without prejudice for failure to prosecute. Defendant FDIC's pending motion to dismiss is DENIED AS MOOT. The Clerk is directed to close this case.

**IT IS SO ORDERED**.

**DATED:  September 25, 2009**

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**

cc:     Esteban Salazar
        2264 Mountain Ridge Road
        Chula Vista, CA  91914

08cv2142