# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Esteban T. Salazar

V.

Trustee Corp.; Federal Deposit Insurance Corporation

FILED
SEP 2 5 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 08cv2142-IEG(NLS)

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court orders this case **DISMISSED** without prejudice for failure to prosecute. Defendant Federal Deposit Insurance Corporation's pending motion to dismiss is **DENIED AS MOOT**. Case is closed.........

| September 25, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | J. Haslam _(signature)_ |
| | (By) Deputy Clerk |

ENTERED ON September 25, 2009

08cv2142-IEG(NLS)